

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EL PASO COUNTY COMMUNITY COLLEGE DISTRICT, | § | No. 08-13-00258-CV |
| | | Appeal from the |
| Appellant, | § | |
| | | 243rd Judicial District Court |
| v. | § | |
| | | of El Paso County, Texas |
| ROSA GONZALEZ, | § | |
| | | (TC# 2008-3813) |
| Appellee. | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **September 30, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Sam J. Legate, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before September 30, 2014.

IT IS SO ORDERED this 16th day of September, 2014.

PER CURIAM